IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARLA L WOOTEN,

    Plaintiff,

v.                  CASE NO. 4:08-cv-00583-MP-WCS

ARZU, DARSHON GREEN, JOINER, RACHEL LOVE, WALTER MCNEIL, MORNING, S PORTER,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on the Report and Recommendation, Doc. 8, regarding the Amended Complaint Filed by Karla L. Wooten, Doc. 6. The Magistrate Judge recommended the complaint be dismissed, and Ms. Wooten appealed to the United States Court of Appeals for the Eleventh Circuit, Doc. 9. The Court of Appeals dismissed for lack of jurisdiction, Doc. 14, as this Court had not yet adopted the Report and Recommendation. Ms. Wooten has not filed any objections to the Report and Recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 8, is ADOPTED and incorporated herein.

    2.    This case is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

    3.    The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this  _16th_  day of February, 2010


    *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge